IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BLEJEWSKI and DAVID NEW,<br><br>Plaintiffs,<br><br>v.<br><br>LIFELOCK, INC., SYMANTEC CORPORATION, and DOES 1-5,<br><br>Defendants. | Civil Action No. 3:19-cv-01739 |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiffs BARBARA BLEJEWSKI and DAVID NEW filed the above-referenced case against Defendants LIFELOCK, INC. and SYMANTEC CORPORATION on November 5, 2019.

2. Whereas Defendants have not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), Plaintiffs seek dismissal, without prejudice, of the complaint against Defendants.

Dated: December 4, 2019                 Respectfully Submitted,

*/s/ Stephen J. Teti*
Stephen J. Teti (ct28885)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110

*Attorneys for Plaintiffs*